ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

LINA PENG (NYBN 5150032)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7027
    Lina.Peng@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-22-463 |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CHANGE OF PLEA HEARING |
| v. | |
| SAMUEL HOLQUIN, | |
| Defendant. | |

The parties jointly request that the current change of plea hearing set for June 21, 2023, be reset to July 5, 2023, at 2:30 p.m.

The parties have been diligently engaging in discussions pertaining to the plea agreement and require more time to work out its terms. The Court's courtroom deputy has informed the parties that the Court is available on July 5, 2023, at 2:30 p.m. Accordingly, the parties jointly request that the change of plea date be reset to July 5, 2023, at 2:30 p.m.

Further, the parties jointly agree that time under the Speedy Trial Act should be excluded from now until July 5, 2023, for effective preparation of counsel and because the ends of justice served outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(B)(iv); 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

STIP AND PO
U.S. v. HOLQUIN                                                                                                     v. 7/10/2018

DATED: June 20, 2023

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

_____/s/_____
LINA PENG
Assistant United States Attorney

_____/s/_____
ED SWANSON
Counsel for Samuel Holquin

**[PROPOSED] ORDER**

For the reasons set forth above, the change of plea hearing in this case is reset from June 21, 2023, to July 5, 2023, at 2:30 p.m.

Further, the Court finds that the time between today and July 5, 2023, should be excluded from the calculation of time under the Speedy Trial Act. The exclusion of time is appropriate in order to provide reasonable time necessary for effective preparation of counsel, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). Moreover, the ends of justice are served by granting the continuance and outweigh the best interests of the public and the defendant in a speedy trial. *See id.* § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated:     6/20/2023

_____
Hon. EDWARD M. CHEN
United States District Judge